**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

———————————

**NO. 09-21-00104-CV**

———————————

**MARIA RODRIGUEZ, Appellant**

**V.**

**RAFAEL RODRIGUEZ, Appellee**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 20-02-02172-CV**

_____

**MEMORANDUM OPINION**

Maria Rodriguez, the appellant, moved to dismiss her appeal. When, as here, the appellant moves to dismiss, the Court may dismiss the appeal "unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." *See* Tex. R. App. P. 42.1(a)(1). Because the exception in Rule 42.1 does not apply on this record, we grant the motion and dismiss the appeal.

APPEAL DISMSSED.

PER CURIAM

Submitted on October 20, 2021
Opinion Delivered October 21, 2021
Before Kreger, Horton and Johnson, JJ.